# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 13-00236-01,03-CR-W-DGK |
| ) | |
| DEREK A. WILLIAMS, and ) | |
| JASON E. SPARKS, ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court are Defendant Sparks' Motion to Dismiss Indictment, or in the Alternative, Motion for Bill of Particulars (Doc. 61), Defendant Derek Williams' Motion to Dismiss (Doc. 108), and United States Magistrate Judge Sarah W. Hays' Report and Recommendation recommending that the motions be denied (Doc. 137).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Hays' Report and Recommendation is ADOPTED. Defendants' Motions to Dismiss (Docs. 61 and 108) are hereby DENIED.

**IT IS SO ORDERED.**

Date: July 25, 2016 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT