# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-cr-00236-SRB |
| ) | |
| DEREK A. WILLIAMS, ) | |
| ASHLI ADKINS, and ) | |
| JASON E. SPARKS ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Hays's Report and Recommendation (Doc. #203) recommending that Defendant Derek A. Williams's Motion to Exclude Government's Expert Witnesses (Doc. #109) be denied.

Defendant Williams filed his motion on April 19, 2016, asking the Court to exclude the expected expert testimony of two Government witnesses – Dr. Jordan Trecki and Dr. Daniel Willenbring. Magistrate Judge Hays held a hearing on the motion on August 8, 9, and 26, 2016, during which the testimony of Dr. Cassandra Prioleau was substituted for that of Dr. Trecki. During the hearing, Defendants Ashli Adkins and Jason E. Sparks orally requested and were granted leave to join in the motion.

On April 7, 2017, Magistrate Judge Hays issued her Report and Recommendation recommending that the Court deny the motion to exclude Dr. Prioleau's and Dr. Willenbring's testimony. After a thorough review of the record and discussion of the applicable law, Magistrate Judge Hays found, "Based on the evidence presented at the Daubert hearing, the Court finds that Dr. Willenbring and Dr. Prioleau are qualified by knowledge, skill, experience,

training and education to render opinions in this case. Further, the Court finds that the proposed testimony of Dr. Willenbring and Dr. Prioleau appears to be both reliable and relevant." (Doc. #203, p. 28). On April 21, 2017, Defendant Williams timely filed Defendant's Objections to Report and Recommendation to Deny *Daubert* Motion to Exclude Government Experts. (Doc. #216).

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant Williams's objections (Doc. #216) and ADOPTS Judge Hays's Report and Recommendation (Doc. #203). Defendant Derek A. Williams's Motion to Exclude Government's Expert Witnesses, joined in by Defendants Ashli Adkins and Jason E. Sparks, (Doc. #109) is hereby DENIED.

**IT IS SO ORDERED.**

DATED: May 2, 2017 /s/ Stephen R. Bough
JUDGE STEPHEN R. BOUGH
UNITED STATES DISTRICT COURT