IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>DEREK WILLIAMS, et al.,<br><br>       Defendant. | Case No. 13-00236-01 to 03-CR-W-DGK |

## GOVERNMENT'S SECOND AMENDED WITNESS LIST

The United States of America may call the following witnesses at the trial in the above-captioned case:

1. Fernando Acuna-Rochter, CBPO
   CBP
   5700 S. Cicero Ave. #57, Chicago, IL 60638

2. AT&T, Custodian of Records
   11760 US Highway 1, Suite 600, North Palm Beach, FL 33408

3. Bank of America, N.A., Custodian of Records
   Legal Order Processing
   PO Box 15047, Wilmington, DE 19580-5047

4. Danielle Bilbrey
   JCSO
   125 N. Cherry Street, Olathe, KS 66061

5. Charidy Blankenship
   1709 N. Arapaho Court, Independence, MO 64058

6. Justin Blum,
   Bloomberg News,
   New York, NY

7. Dale Beshears, Detective
   Newton County Sheriff's Department
   208 W. Coler Street, MO 64850

8. Commerce Bank, Custodian of Records
   1000 Walnut Street, Kansas City, MO    64106

9. Roy Ehrett
   647 State Road D, Camdenton, MO 65020

10. Edward Erisman
    DEA
    536 S. Clark Street #800, Chicago, IL    60605

11. Facebook, Custodian of Records
    Security Department
    1601 Willow Road, Meno Park, CA    94025

12. Chris Farkes, Detective
    JCSO
    125 N. Cherry Street, Olathe, KS    66061

13. Brendan Fitzpatrick, GS
    DEA
    1500 Leestown Road, Lexington, KY    40511

14. Ron Frazier, Detective
    OPPD
    12400 Foster, Overland Park, KS    66213

15. Rick Geller, Chief Deputy
    Newton County Sheriff's Department
    208 W. Coler Street, MO 64850

16. Brad Gibson
    MSHP
    1510 E. Elm Street, Jefferson City, MO    65102

17. Trent Gold, Officer
    Monett PD
    1901 E. Cleveland, Monett, MO    65708

18. Jacob Harrell
    U.S. Attorney's Office
    400 E. 9th Street, Kansas City, MO    64106

19. Emery Harriger, CBPO
    CBP
    4100 N. Mulberry Dr. #100, Kansas City, MO    64116

2

20. Christopher Hatcher, USAO
    400 East Ninth Street, Kansas City, MO  64106

21. Sean Henry, SA
    DEA
    3003 E. Chestnut Expressway, Springfield, MO  65802

22. John Hicks, Detective
    Sebastian County, AR
    301 E. Center Street, Greenwood, AR  72936

23. Michael Holder, SA
    DEA
    7600 College Blvd., Overland Park, KS  66210

24. Stephanie Horine
    MSHP
    1510 E. Elm Street, Jefferson City, MO  65102

25. Jerry Hornback, Detective
    Newton County Sheriff's Department
    208 W. Coler Street, MO 64850

26. Ryan Huggins
    461 S. Cherry Street, Olathe, KS  66061

27. Jonathan Hulsey
    15108 W. 146th Circle, Olathe, KS  66062

28. Anthony Hutcherson, SA
    IRS CID
    2850 NE Independence Ave. Ste. 102, Lee's Summit, MO  64064

29. Intuit Credit, Custodian of Records
    2700 Coast Ave,
    Mountain View, CA  94043

30. Jane King
    CBP
    555 Battery Street, San Francisco, CA  94111

31. Bobby Kuszynski, SA
    IRS CID
    211 West Wisconsin Ave., Milwaukee, WI  53203

3

32. Laguna Escrow Services, Custodian of Records
    31752 Coast Highway, Laguna Beach, CA 96251

33. Rich Littrell, SA
    IRS
    2850 NE Independence Ave. Ste. 102, Lee's Summit, MO 64064

34. Michael McCormick
    CBP Lab
    10000 Bessie Coleman Drive, Chicago, IL 60666

35. Collin Ma
    CBP Lab
    555 Battery Street, San Francisco, CA 94111

36. Alan Marx, Captain (retired)
    Sebastian County, AR
    301 E. Center Street, Greenwood, AR 72936

37. Justine Mielke
    Former Olathe PD
    501 Old 56 Highway, Olathe, KS 66061

38. Ann Miller
    CBP Lab
    10000 Bessie Coleman Drive, Chicago, IL 60666

39. Todd Morgan, Detective
    Newton County Sheriff's Department
    208 W. Coler Street, MO 64850

40. Jacqueline Murray, Records Custodian
    Cox Communications
    1400 Lake Hearn Drive, Atlanta GA 30319

41. The Office of General Counsel, Custodian of Records
    US Patent and Trademark Office
    PO Box 1450, Alexandria, VA 22313-1450

42. Fernando Orozco, CBP Ag. Spec
    CBP
    555 Battery Street, San Francisco, CA 94111

4

43. Alex Padilla, California Secretary of State
    California Secretary of State
    1500 11th Street, Sacramento, CA    95814

44. Graciela Pagan
    CBP Lab
    10000 Bessie Coleman Drive, Chicago, IL    60666

45. Tracy Picanso
    647 State Road D, Camdenton, MO 65020

46. Andy Pike, Lt.
    Newton County Sheriff's Department
    208 W. Coler Street, MO 64850

47. John Pepitone,
    Fox 4 News
    3030 Summit, Kansas City, MO

48. Cassandra Preileou
    DEA
    22624 Dulles Summit Ct., Stirling, VA    20166

49. Joseph Rams, CBPO
    CBP
    5700 S. Cicero Ave. #57, Chicago, IL    60638

50. Marco Rodriquez, CBPO
    CBP
    5700 S. Cicero Ave. #57, Chicago, IL    60638

51. Tyler Rosier,
    United States Attorney's Office,
    400 E. 9th Street,
    Kansas City, MO    64106

52. Theresa Saldana
    Pacific Management Group
    PO Box 7322, Newport Beach, CA    92658

53. John Schrock, GS
    DEA
    14560 Avion Parkway, Chantilly, VA    20151

54. Neele Shepard
    CBP Lab
    10000 Bessie Coleman Drive, Chicago, IL   60666

55. Justin Shey
    CBP Lab
    555 Battery Street, San Francisco, CA   94111

56. Art Simone
    FDA
    10000 Bessie Coleman Drive, Chicago, IL   60666

57. David Smith, Officer
    Olathe PD
    501 Old 56 Highway, Olathe, KS   66061

58. Wes Smith, Sgt.
    Olathe PD
    501 Old 56 Highway, Olathe, KS   66061

59. Malinda Spangler
    JCSO
    125 N. Cherry Street, Olathe, KS   66061

60. Sprint, Subpoena Compliance
    6480 Sprint Parkway, Overland Park, KS   66251

61. Square Up Inc., Custodian of Records
    1455 Market Street, Suite 600, San Francisco, CA   64103

62. Natalie Stirling
    12808 Gran Bay Parkway, West, Jacksonville, FL   32258

63. Radoslaw Swaitek, CBPO
    CBP
    5700 S. Cicero Ave. #57, Chicago, IL   60638

64. Time Warner Cable, Custodian of Records
    13820 Sunrise Valley Drive, Herndon, VA   20171

65. Jason Tuck, Custody of USMS
    100 Highway Terrace, Leavenworth, KS   66048

66. United Parcel Service, Custodian of Records (C/O Wargo French)
    999 Peachtree Street NE 26th Floor, Atlanta, GA   30309

6

67. Lucretia Weber
    KCMOPD
    1125 Locust, Kansas City, MO   64106

68. Michael Weinthaler, CBPO
    CBP
    5700 S. Cicero Ave. #57, Chicago, IL   60638

69. Dan Willenbring
    DEA
    700 Army Navy Drive, Arlington, VA   22202

70. Aleta Worden
    AT&T Internet Services
    1010 N. St. Mary's Street, San Antonio, TX   78215

71. Yahoo! Inc., Custodian of Records
    701 First Ave., Sunnyvale, CA   94089

Respectfully submitted,

Thomas M. Larson
Acting United States Attorney

By:   /s/Catherine A. Connelly

Catherine A. Connelly
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri   64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on June 20, 2017 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ Catherine A. Connelly
Catherine A. Connelly
Assistant United States Attorney